# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 20th day of August, two thousand twenty-four.

Before:        Sarah A. L. Merriam,
                      *Circuit Judge.*

---

Jonathan Corbett,

        Plaintiff - Appellant,

v.

Kathleen Hochul, et al.,

        Defendants - Appellees.

**ORDER**

Docket No. 22-3210

---

    By Summary Order dated November 14, 2023, this Court remanded the appeal pursuant to United States v. Jacobson, 15 F.3d 19, 21-22 (2d Cir. 1994). Appellant has now filed a letter requesting that the Court reinstate the appeal and set a briefing schedule.

    IT IS HEREBY ORDERED that the request to reinstate the appeal is GRANTED. This appeal will be held in abeyance pending the issuance of a decision in Giambalvo v. Suffolk County, No. 23-208, which was argued on September 27, 2023. No later than 30 days after the issuance of the Giambalvo decision, each party shall submit a letter brief, not to exceed twenty double-spaced pages, addressing the effect, if any, of United States v. Rahimi, 602 U.S. ---- (2024), and Giambalvo on the issues in this appeal.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court