# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 5th day of November, two thousand twenty-five.

Jonathan Corbett,

    Plaintiff - Appellant,

v.

Kathleen Hochul, in her official capacity as chief executive of the State of New York, et al.

    Defendants - Appellees.

**ORDER**

Docket No. 22-3210

    On August 20, 2024, the Court stayed this appeal pending the issuance of a decision in *Giambalvo v. Suffolk County*, No. 23-208, and ordered the parties to submit supplemental briefs following a decision in *Giambalvo*. The Court issued its decision in *Giambalvo* on September 12, 2025, and the parties have submitted their supplemental briefs. Upon consideration thereof,

    IT IS HEREBY ORDERED that the stay of this appeal is lifted.

    For the Court:
    Catherine O'Hagan Wolfe,
    Clerk of Court